# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**FRANCES RENEE PERRY**                                              **PETITIONER**
**ADC #708998,**

**v.**                    **CASE NO.: 5:07CV00226 BD**

**LARRY NORRIS,**                                                    **RESPONDENT**
**Director, Arkansas Department**
**of Correction,**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus, without prejudice.

IT IS SO ORDERED this 30th day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE